```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

JAMES A. BANKS                §
                              §
VS.                           §       ACTION NO. 4:16-CV-507-Y
                              §
CWS RECOVERY                  §

## ORDER REQUIRING AMENDED COMPLAINT

Plaintiff, who is currently proceeding herein pro se, filed his original complaint on June 21, 2015, and was subsequently permitted to proceed in forma pauperis under 28 U.S.C. § 1915. After reviewing Plaintiff's complaint to determine whether service of process should issue, the Court concludes that Plaintiff's complaint fails to adequately invoke this Court's subject-matter jurisdiction. Plaintiff's complaint does not contain a jurisdictional paragraph, as required by Federal Rule of Civil Procedure 8(a)(1), nor does it allege facts from which this Court can discern that it may properly exercise either diversity or federal-question subject-matter jurisdiction.

It is, therefore, ORDERED that if Plaintiff desires to pursue his claims in this cause, he shall file, no later than **August 22, 2016**, an amended complaint that includes a jurisdictional paragraph and alleges sufficient facts to demonstrate that this Court may exercise subject-matter jurisdiction over Plaintiff's claims. Failure to timely comply with this order will result in the dismissal of Plaintiff's claims for lack of jurisdiction.

SIGNED July 22, 2016.

                                        _____
                                        TERRY R. MEANS
                                        UNITED STATES DISTRICT JUDGE