```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

JAMES BANKS                  §
                             §
VS.                          §     ACTION NO. 4:16-CV-507-Y
                             §
CWS RECOVERY                 §

<u>ORDER OF DISMISSAL</u>

On July 22, 2016, the Court ordered Plaintiff to file an amended complaint no later than August 22 if he desired to pursue his claims in this cause. As of the date of this order, no amendment has been filed. As a result, the Court concludes that Plaintiff's claims should be and are hereby DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to adequately invoke the subject-matter jurisdiction of this Court.

SIGNED October 26, 2016.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE