```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

JAMES A. BANKS                §
                          §
VS.                           §    ACTION NO. 4:16-CV-507-Y
                          §
CWS RECOVERY                  §

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED October 26, 2016.

                              */s/ Terry R. Means*
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE